THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK AND ROCKAWAY BEACH RAILWAY COMPANY, Appellant, *v.* THE STATE BOARD OF TAX COMMISSIONERS, Respondent.

THE CITY OF NEW YORK, Intervening, Respondent.

*People ex rel. N. Y. & R. B. Ry. Co.* v. *State Board of Tax Comrs.*, 157 App. Div. 496, affirmed.

(Argued November 17, 1913; decided December 3, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 20, 1913, which affirmed an order of Special Term reducing, and as reduced confirming, assessments against special franchises of relator.

*Alfred A. Gardner* and *Joseph F. Keany* for appellant.

*Thomas Carmody*, Attorney-General (*William A. McQuaid* of counsel), for state board of tax commissioners, respondent.

*Archibald R. Watson*, Corporation Counsel (*Curtis A. Peters*, *Addison B. Scoville* and *William J. Clarke* of counsel), for city of New York, respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and MILLER, JJ.